# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143691 & (3)

IN RE REINSTATEMENT PETITION OF          SC:  143691
ROBERT L. WIGGINS, JR.,                              ADB: 10-26-RP
      Petitioner-Appellant.

_____/

On order of the Court, the motion for stay is DENIED.  The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2011          _____

p0913                                                              Clerk